**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Date:                April 6, 2012

Deputy Clerk:        Deborah Hansen
Court Reporter:      Tracy Weir
Probation Officer:   Gary Burney

**Criminal Action No.  11-cr-00205-REB**

*Parties:*                                    *Counsel:*

UNITED STATES OF AMERICA,                     John M. Canedy

    Plaintiff,

v.

DENNIS DEAN SIEVING,                          Matthew K. Belcher

    Defendant.

**SENTENCING MINUTES**

**11:05 a.m. Court in session.**

Appearances of counsel.

Defendant is present and on bond.

Court's opening remarks.

Mr. Canedy enters on the record a proposed stipulation of the parties.

Mr. Belcher confirms that the terms and provisions of the proposed stipulation are acceptable to the defendant.

Mr. Belcher's oral request that the Defendant's Motion For Downward Sentencing Variance [ECF No. 30], filed March 23, 2012, be withdrawn

**ORDERED:** **The oral request that the Motion For Downward Sentencing Variance [ECF No. 30], filed March 23, 2012, be withdrawn is GRANTED.**

**Defendant's Motion For Downward Sentencing Variance [ECF No. 30], filed March 23, 2012, is WITHDRAWN.**

Pursuant to 18 U.S.C. § 3552 and Fed.R.Crim.P. 32, the Probation Department has conducted a presentence investigation and has filed a presentence report and addendum.

Counsel for the government confirms that counsel has read the presentence report and addendum.

Counsel for the defendant informs the court that counsel has read and discussed the presentence report and addendum with the defendant.

Defendant is sworn.

Statement by the defendant.

The court makes a sentencing statement pursuant to 18 U.S.C. § 3553(c) and enters findings of fact, conclusions of law, judgment of conviction, sentence, and orders.

**IT IS ORDERED as follows**:

1. That the parties' proposed stipulation entered on the record at the beginning of this hearing is approved.

2. That the plea agreement of the parties as presented in Court's Exhibits 1 and 2 is formally approved.

3. That concerning the defendant's objections as stated in the defendant's Objections to the Presentence Report [ECF No. 29], no formal ruling beyond those made by the court is necessary in these circumstances.

4. That judgment of conviction shall now enter on Count 1 of the Information.

5. That pursuant to the Sentencing Reform Act of 1984 and the stipulation of the parties, it is the judgment and sentence of this Court that the defendant, Dennis Dean Sieving, **be committed to the Bureau of Prisons to be incarcerated for a term of six months**.

6. That on release from imprisonment, the defendant shall be placed on **supervised release for a term of two years**.

7. That within 72 hours of his release from custody, the defendant shall

    report in person to the United States probation department located within the district to which he is released.

8. That while on supervised release, the defendant shall comply with the following conditions of supervised release:

    First, the defendant shall comply with all mandatory conditions prescribed by law at 18 U.S.C. § 3583(d) and USSG §5D1.3(a);

    Second, the defendant shall comply with all standard conditions that are imposed by this court in virtually all such cases;

    Third, the defendant shall comply with the following special conditions:

      The defendant shall not violate any federal, state, or local law.

      The defendant shall not possess or use illegally controlled substances.

      The defendant shall not possess or use any firearm, destructive device, or dangerous weapon as defined under federal law at 18 U.S.C. § 921.

      The defendant shall cooperate fully in the collection of a sample of his DNA.

      The defendant shall perform 50 hours of community service as directed by his probation officer.

9. That no fine is imposed.

10. That the defendant shall pay forthwith, a special victim's fund assessment of $100.00.

11. That the mandatory drug testing provisions of 18 U.S.C. § 3583(d) are waived.

12. That any presentence confinement credit shall be determined by the Bureau of Prisons.

13. That this court recommends that the Bureau of Prisons designate the defendant to FCI Englewood, Colorado.

14. That the defendant is not likely to flee the jurisdiction, and as supervised

>currently, does not pose a risk of harm to any person or to the community; thus, permitting him to voluntarily surrender and report eventually to the institution to which he is designated by the Bureau of Prisons.
>
>Upon oral request of defendant, and no objection by the government, the defendant shall not be ordered to self-surrender before May 14th, 2012.

The defendant waives formal advisement of appeal.

**ORDERED:   Defendant remanded to the custody of the U.S. Marshal.**

11:28 a.m. Court in recess.

Hearing concluded

Total time in court: 00:23